JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG DEAN ROY, | ) Case No. CV 09-8395-GAF (DTB) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: September 26, 2011

---
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1